**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

    **Plaintiff,**

v.                                                    Case No.  8:09-cv-1046-T-30TGW

**WALL STREET COMMUNICATIONS,**
**INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Miscellaneous Relief (Dkt. 119) and Defendant Donald R. McKelvey's Response in Opposition (Dkt. 120). On November 16, 2010, the Court held a telephonic hearing on the motion. For the reasons stated on the record, it is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Miscellaneous Relief (Dkt. 119) is hereby GRANTED in part and DENIED in part.

2. The parties shall proceed with taking the trial deposition of David M. Kaye, Esq. ("Kaye"). Kaye shall answer both parties' questions despite any raised objection. Any objection to a question shall be specific.

3. Upon conclusion of Kaye's deposition, the parties shall file with the Court their specific objections to any questions and the Court will issue a ruling on same.

4. If the Court agrees with a party's objection, the answer shall be excised from the video deposition. Otherwise, the answer shall stay in.

**DONE** and **ORDERED** in Tampa, Florida on November 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1046.mtprivDkt119.frm